20596. HEAD *v.* JOHNSON *et al.*

BROYLES, C. J. The sole assignment of error in the bill of exceptions is upon the overruling of the motion for a new trial which contained the usual general grounds only. There was some evidence which authorized

the verdict, and, the finding of the jury having been approved by the trial court, this court is without authority to interfere.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED OCTOBER 7, 1930.

*C. A. Williams,* for plaintiff in error.   *J. A. Roberts,* contra.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*